IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVIA POLLARD and BEVERLY POLLARD, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 2:16-cv-03593-JCJ |
| ETHAN BAUER, SETH D. BAUER, and LINDA BAUER, | : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 3rd day of August, 2016, upon consideration of Defendants' Motion to Dismiss the Complaint (Doc. No. 2), Plaintiffs' Response in opposition thereto (Doc. No. 3), and Defendants' Reply in further support thereof (Doc. No. 4), it is hereby ORDERED that the Motion is GRANTED without prejudice. Plaintiffs are GRANTED leave to file an amended complaint <u>within 20 days</u> of the entry of this Order correcting the deficiencies noted in the Memorandum attached hereto.

BY THE COURT

s/J. Curtis Joyner
J. CURTIS JOYNER,      J.